

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2021

No. 04-21-00194-CR

Chance **WATSON,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 7426
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The clerk's record in this case was originally due July 26, 2021. We granted the district clerk's first request for an extension of time, extending the deadline for filing the record to August 26, 2021. On August 27, 2021, the district clerk requested an additional extension of time until September 13, 2021, and we granted that request. On September 10, 2021, the district clerk requested a third extension of time to file the record until September 30, 2021, for a total extension of sixty-six days, and we granted that request.

As of the date of this order, neither the clerk's record nor a fourth request for an extension of time has been filed. We therefore **ORDER** the district clerk to file the clerk's record **by October 22, 2021**. **No further extensions will be granted.** If the record is not filed by October 22, 2021, we may initiate contempt proceedings.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2021.



MICHAEL A. CRUZ, Clerk of Court